**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**

**IN THE MATTER OF AMENDING D.C.COLO.LCrR 11.1**

**DISTRICT COURT GENERAL ORDER 2026-2**

In its current form, **D.C.COLO.LCrR 11.1** identifies a Plea Agreement (see Subdivision **(c)**) and a Statement by Defendant in Advance of Plea of Guilty (see Subdivision **(d)**). The Court has consolidated those two forms in a Plea Agreement And Acknowledgements, a copy of which is attached hereto and incorporated herein, which the Court has approved and will implement forthwith without awaiting a formal review and recommendation from the Advisory Committee on the Local Rules of Practice and Procedure. The necessary amendments to **D.C.COLO.LCrR 11.1(c), (d), and (e)** are set forth below.

Accordingly, it is hereby **ORDERED** that the Plea Agreement And Acknowledgements, a copy of which is attached hereto and incorporated herein, is approved and implemented forthwith.

It is further **ORDERED** that **D.C.COLO.LCrR 11.1(c), (d), and (e)** are amended as follows:

**D.C.COLO.LCrR 11.1**
**PLEAS**

**(c) Plea Agreement.** A Plea Agreement And Acknowledgements shall be in the form HERE and signed by an attorney for the government, the defendant's counsel, if any, and the defendant.

The stipulation of facts relevant to sentencing in the Plea Agreement And Acknowledgements shall be included in the presentence report. An attorney for the government shall provide a copy of the Plea Agreement And Acknowledgements to the chambers of the assigned judicial officer and the Probation Office no later than 48 hours before the change of plea hearing.

**(d) Statement by Defendant in Advance of Plea of Guilty.** [Deleted]

(e) **Documents Tendered to Courtroom Deputy.** No later than the commencement of the change of plea hearing, the following documents shall be tendered to the courtroom deputy:

(1) the original and a copy of the Plea Agreement And Acknowledgements; and

(2) if applicable, the original and a copy of the written translation of the Plea Agreement And Acknowledgements.

It is further **ORDERED** that the Advisory Committee on the Local Rules of Practice and Procedure shall consider the above amendments to **D.C.COLO.LCrR 11.1(c), (d), and (e)** during its 2027-2028 rules cycle.

Dated at Denver, Colorado this 9th day of September, 2026.

**BY THE COURT**

DANIEL D. DOMENICO
Chief United States District Judge

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**

**Criminal Case No.**

**UNITED STATES OF AMERICA**

**Plaintiff,**

**v.**

**#.**

**Defendant.**

---

## PLEA AGREEMENT AND ACKNOWLEDGEMENTS

---

The United States of America, by _____________, Assistant United States Attorney for the District of Colorado, and the defendant, ____________________, personally and by counsel, ____________________, submit this Plea Agreement and Acknowledgements pursuant to D.C.COLO.LCrR 11.1.

## I. PLEA AGREEMENT

The defendant agrees to plead guilty to ____________________ of the [specify count and charging document - e.g., Indictment, Superseding Indictment, or Information], charging a violation of ________ U.S.C. § _________, (brief description of charge - E.g., Bank Robbery). *[Insert additional charges, if any.]*

*[Set forth the complete agreement between the parties, including whether the agreement is pursuant to Fed. R. Crim. P. 11(c)(1)(A), (B), or (C), and whether there are agreements regarding guideline computations, variances or other sentencing matters as*

*to which the parties intend to be bound. Also set forth any agreements regarding forfeiture or restitution.]*

*[If the parties intend to tender any waiver of appellate, collateral challenge, or other rights, insert here.]*

## II. ELEMENTS OF THE OFFENSE(S)

The elements of an offense are those facts which must be proved beyond a reasonable doubt before any defendant may be convicted of the charged offense. The parties acknowledge that the elements of the offense[s] to which defendant's plea[s] will be tendered are as follows:

*[Set forth each element required by law for the commission of each criminal offense to which the defendant will tender a plea.]*

## III. STATUTORY PENALTIES

The parties acknowledge that the statutory penalties for the offense[s] to which defendant's plea[s] will be tendered are as follows:

The maximum statutory penalty for a violation of ______ U.S.C. § ______ is: not more than _________ months imprisonment; not more than $______________ fine, or both; not more than _________ years supervised release; $ __________ special assessment fee; plus ___________ restitution.

*[Insert, if applicable: The minimum statutory penalty is not less than ___________ months imprisonment, etc.]*

*[Insert, if applicable, any mandatory term of supervised release required by law.]*

*[Insert, if applicable, any mandatory consecutive term of imprisonment required by law.]*

*[Insert, if the defendant is pleading to multiple counts: The Court will impose a separate sentence on each count of conviction and may impose such sentences to run either concurrently with (at the same time) or consecutively to (one after the other) each other.]*

## **IV. OTHER CONSEQUENCES**

The defendant acknowledges that conviction in this matter may have consequences beyond any sentence this Court may impose. Conviction may cause the loss of civil rights, including but not limited to the rights to possess firearms, to vote, to hold elected office, and to sit on a jury. If the defendant is not a United States citizen, conviction may cause the defendant to be removed from the United States or to be subjected to prolonged confinement if there is no country to which the defendant may be deported, to be denied admission to the United States in the future, and to be denied citizenship. Such immigration consequences are practically inevitable if any offense of conviction is an "aggravated felony." [1]

## **V. WAIVER OF RIGHTS OF DEFENDANT**

Defendant does not have to plead guilty and, instead, can demand a trial before a jury of twelve people. Defendant is aware that at a jury trial, the defendant would have the following rights:

---

[1] An "aggravated felony" is defined in 8 U.S.C. § 1101(a)(43). An "aggravated felony" includes murder, rape, sexual abuse of a minor, child pornography, trafficking in controlled substances, trafficking in firearms, money laundering, passport fraud, crimes of violence and other serious offenses that are described in that statute.

- The right to have the assistance of an attorney at trial and at every stage of the proceedings in this matter;
- The right to have such counsel appointed for defendant at no cost to the defendant if the defendant is financially unable to afford to retain counsel;
- The right to observe the witnesses who testify against the defendant;
- The right to cross-examine all witnesses who testify against the defendant;
- The right to call such relevant witnesses and evidence as is desired, and to obtain subpoenas to require the attendance and testimony of those witnesses;
- The right to have witness fees and expenses, including reasonable fees charged by expert witnesses, paid by the government if the defendant is unable to afford such costs;
- The right against self-incrimination, meaning that the defendant cannot be called as a witness by the government or required to testify by the government in its presentation of evidence;
- The right to testify at trial if the defendant wants to testify in the defendant’s own defense after having seen and heard the government’s evidence at trial; and
- The right to have the Court tell the jury, if the defendant chooses not to testify or to present any evidence, that no guilt or inference against the defendant may be drawn from the decision not to testify or present evidence.

Defendant understands that, at trial, the jury cannot find the defendant to be guilty of any offense unless the government proves each and every element of that offense to the jury beyond a reasonable doubt. Defendant further understands that the defendant cannot be convicted of any offense unless all of the jurors agree that the government has met this burden of proof.

Defendant understands that if the defendant were to go to trial and be convicted, then defendant would have the right to appeal both the conviction and the sentence

imposed by the Court. All costs associated with that appeal would be paid by the government if the defendant could not afford to pay such costs.

Defendant understands that by choosing to plead guilty, the defendant is giving up all of the rights specified above. There will be no trial. There will be no further examination of the issue of guilt. Moreover, if the plea agreement contains an appeal waiver, no appeal of any sentence imposed will be heard other than as permitted by that waiver.

## VI. STIPULATION OF FACTS

The parties agree that there is a factual basis for the guilty plea[s] that the defendant will tender which satisfies all of the elements of the offenses(s). That basis is set forth below.

The parties stipulate and agree as follows: [*Set forth the specific facts which show that defendant has committed each offense to which a plea of guilty will be tendered. (Also, set forth such facts for any "pseudo counts" contained in the plea agreement.*[2]*) These facts should be described in a manner consistent with how the government would prove guilt beyond a reasonable doubt at trial and should avoid mere conclusory admissions about the elements of the offense.*]

This stipulation of facts does not preclude either party from later providing the Court with *additional* facts (which do not contradict the facts to which the parties have stipulated above) for the Court to consider in connection with guideline computations or any other matter relevant to sentencing.

---

[2] *A pseudo count is an additional or more serious offense which the parties agree, as part of the plea agreement, the Court can consider for Guideline purposes even though no actual conviction will enter as to such pseudo count. See U.S.S.G. § 1B1.2, App.Notes 1, 3.*

## VII. SENTENCING

The defendant understands that the sentence in this case will only be imposed by the Court after consideration of several factors set forth in 18 U.S.C. § 3553(a). One of those factors is the U.S. Sentencing Guidelines (the "Guidelines") and the sentence which the Guidelines recommend. The Court is required by law to both calculate and consider the Guidelines and its recommended sentence. However, the Guidelines are advisory only, and the Court is not required to follow the Guidelines or its recommendations as to sentencing when imposing a sentence in this case.

The defendant has reviewed the Guidelines and the sentence recommended by the Guidelines with counsel. The defendant acknowledges that the defendant cannot rely upon any Guideline calculation or projection made by counsel as (1) no such calculation or projection is binding on the Court, and (2) no one can predict with certainty the outcome of the Court's independent calculation of the Guidelines at sentencing.

Absent a specific provision to the contrary in Section I of this document, at sentencing, any party may ask the Court to impose any legal sentence which that party considers to be appropriate in this case. But the parties also acknowledge that nothing in the agreement presented to the Court and no sentencing expectation, request or recommendation by any party prevents the Court from imposing any sentence, from any applicable mandatory minimum up to the statutory maximum, which the Court considers in its discretion to be sufficient but not greater than necessary to comply with the purposes of sentencing set forth in 18 U.S.C. § 3553(a)(2). *[Insert if Rule 11(c)(1)(C) agreement: However, because this plea agreement is made pursuant to Rule 11*

*(c)(1)(C), the Court is bound by the parties' agreement once the Court accepts the plea agreement. Alternatively, if the Court determines that it intends to impose a sentence different from that agreed to by the parties as part of the plea agreement, the Court must first give the parties an opportunity to withdraw from the plea agreement before it may impose any such different sentence.]*

## VIII. ENTIRE AGREEMENT

The agreement disclosed to the Court is the entire agreement. There are no other promises, agreements, understandings, or assurances of any kind, either express or implied. Neither the United States nor the defendant has relied on, or is relying on, anything said, written or done by any counsel or by any other person or entity that is not expressly disclosed in the agreement presented to the Court.

## IX. EXECUTION ACKNOWLEDGEMENTS BY UNITED STATES

By signing this document below, the United States acknowledges and represents that it will cooperate with the United States Probation Office by providing its Guideline calculations (including relevant conduct) to the Probation Office, along with such other sentencing information as may be requested by the Probation Office in connection with the preparation of any presentence report or addenda. Such requested information may include information concerning the background, character, and conduct of the defendant including the entirety of the defendant's criminal activities.

## X. EXECUTION ACKNOWLEDGEMENTS BY DEFENDANT

By signing this document below, the defendant acknowledges having read and understood every provision of the entire agreement disclosed to the Court. The

defendant's signature further acknowledges and represents that the defendant has reviewed all matters contained in this document with counsel, has had sufficient time to do so, and is fully satisfied with respect to counsel's representations and advice [*if appropriate: as well as with such interpreter services as have been used*]. The defendant also acknowledges and represents that the decision to plead guilty is made freely, voluntarily, and after careful thought and consideration. The decision has not been influenced in any way by medications, drugs, alcohol or other intoxicants. It is also acknowledged and represented that the decision to plead guilty is not the result of force, pressure, threats, coercion or outside influence by anyone. The defendant acknowledges and represents that the defendant is pleading guilty because the defendant is guilty. Finally, the defendant acknowledges that the defendant will not be allowed to withdraw any plea of guilty in the future solely because a sentence recommended by the Probation Office or imposed by the Court is different in kind or greater than that expected by the defendant.

Date: ____________ ______________________________________________
[insert name]
Defendant

Date: ____________ ______________________________________________
[insert name]
Attorney for Defendant

Date: ____________ ______________________________________________
[insert name]
Attorney for the United States