**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**

**MODIFICATION OF THE INITIAL REVIEW PROCESS FOR HABEAS IMMIGRATION CASES FILED BY PRO SE PARTIES**

**DISTRICT COURT GENERAL ORDER 2026-4**

The District of Colorado has experienced an unprecedented increase in the filing of petitions for writ of habeas corpus challenging immigration detention under 28 U.S.C. § 2241. A significant portion of these petitions are filed by unrepresented litigants. Local Rule D.C.COLO.LCivR 8.1 contemplates that the pleadings of unrepresented litigants, also referred to as "pro se" parties, shall be reviewed by a judicial officer designated by the Chief Judge with the assistance of the Pro Se Division to determine whether the pleadings should be dismissed summarily.

To expedite the adjudication of habeas corpus petitions filed by pro se parties, these pleadings shall now be assigned upon filing to a presiding district judge for initial review. All habeas corpus petitions are subject to the procedures as memorialized in a Memorandum of Agreement signed by the Clerk of Court and the United States Attorney, incorporated as Appendix A herein, unless otherwise ordered by the presiding district judge.

**IT IS SO ORDERED.**

Dated at Denver, Colorado this 6th day of November 2026.

**BY THE COURT**

Regina M. Rodriguez
Chief United States District Judge

APPENDIX A

# MEMORANDUM OF AGREEMENT
# REGARDING PROCEDURES IN HABEAS CORPUS PETITIONS CHALLENGING IMMIGRATION DETENTION UNDER 28 U.S.C. § 2241

This Memorandum of Agreement shall apply to all habeas corpus petitions challenging immigration detention under 28 U.S.C. § 2241 in the District of Colorado. The United States Attorney's Office for the District of Colorado (the USAO) and the Clerk of Court of the United States District Court for the District of Colorado (the Court) agree to the following procedures.

## 1. Service of Immigration Habeas Petitions

Upon review of the Petition for Writ of Habeas Corpus the Court will issue an Order requiring the clerk's office to provide a copy of the petition and Order to the United States Attorney's Office for the District of Colorado (USAO) at the email address [redacted]. The USAO shall promptly enter its appearance.

Within seven days of the Notice to the United States Attorney's Office, Respondents shall show cause why the Petition should not be granted unless the assigned judge determines a different timeline is necessary given the particular circumstances of the matter.

The USAO agrees that receipt of electronic notice of the petition by the USAO in this manner shall constitute proper service of the petition on all federal respondents under 28 U.S.C. § 2243 and any other applicable rules and that federal respondents will not object to this method of service.

## 2. Service of Court Order and Default Deadline

The USAO agrees that if the Court issues an order directing the federal respondents to respond to the petition that is delivered to the USAO through the CM/ECF system in the

method specified above, receipt by the USAO of an electronic notice of that order through this method complies with and satisfies the requirement of service of the order on all federal respondents under 28 U.S.C. § 2243 and other applicable rules, that additional service of the order is not required, and that the federal respondents will not object to the method of service. When service of the court order is made in this manner, the default deadline for the USAO to respond to the petition and court order shall be within seven days of the USAO's receipt of the electronic notice of that Court order, unless another time period is specified by the Court. Unless otherwise ordered by the Court, if the respondents do not file a response to the petition and court order by that deadline, the petitioner shall be released from custody no later than 24 hours after the response deadline, and the respondents shall file, no later than seven days after the response deadline, a status report informing the Court that the petitioner has been released.

**3. Effective date**

These procedures will take effect for all cases specified above that are filed after October 12, 2026, and will remain in effect until this Agreement is terminated by the USAO or the Court.

**Agreed to this 8th day of October, 2026.**

______________________________
United States Attorney
District of Colorado

Date:
2026.10.08
16:41:13 -06'00'
______________________________
Clerk of Court
United States District Court for the District of Colorado